UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARRON CHRISTIAN,

        Plaintiff,                    Case No. 1:12–cv–01103–GJQ

v.                                   Judge Gordon J. Quist

ENHANCED RECOVERY COMPANY,
LLC,

        Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above–captioned case was filed in this court on October 9, 2012.  The case has been assigned to Judge Gordon J. Quist.

                                          TRACEY CORDES
                                          CLERK OF COURT

Dated:  October 9, 2012       By:  /s/ G. Frayer_____
                                          Deputy Clerk